■ CATHY DAVIS, Appellant, v HIGH SOCIETY MAGAZINE et al., Respondents.—Appeal by the plaintiff from (1) an order of the Supreme Court, Dutchess County, dated July 30, 1986, and (2) an order of the same court dated November 17, 1986.

Ordered that the orders are affirmed, without costs or disbursements, for reasons stated by Justice Beisner at the Supreme Court. Bracken, J. P., Lawrence, Rubin and Kooper, JJ., concur.